# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2023-0195**
Charles Deandre Newton, Jr. v. State of Alabama (Appeal from Tuscaloosa Circuit
Court: CC-22-47)

## NOTICE

You are hereby notified that on March 7, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk